Judge Ronald B. Leighton

10-CV-05582-ORD

FILED
RECEIVED
LODGED
NOV 12 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL HARPER, a married man,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC, a Florida corporation; GEORGE C. WIGGIN and JANE DOE WIGGIN, husband and wife; JASON SADLER and JANE DOE SADLER, husband and wife,<br><br>    Defendants. | NO. C10-5582RBL<br><br>NOTICE OF DISMISSAL |

TO: The Clerk of the Court; and

TO: Joan Mell, counsel for the Defendants The Geo Group, Inc.; George C. Wiggin and Jane Doe Wiggin; Jason Sadler and Jane Doe Sadler

Plaintiff Paul Harper hereby notifies you that he is dismissing his Complaint for Damages filed under this cause number pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This dismissal is without payment of any fees or costs to or by any party.

DATED this 11th day of November, 2010.

IT IS SO ORDERED THIS 12 DAY OF November, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

/s/Paula T. Olson
PAULA T. OLSON, WSBA # 11584
Attorney for Plaintiff Harper

NOTICE OF DISMISSAL - 1

THE LAW OFFICE OF PAULA T. OLSON
4534 South Pine Street
Tacoma, Washington 98409
Phone (253) 627-1747
Fax    (253) 627-1757